No. 00–6252. EALEY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–6255. MARTIN v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 00–6256. MUHAMMAD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6257. WAIDLA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–6261. WRIGHT v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6268. WELDON v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 00–6269. ODOM v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6271. PACHECO v. TRIPPETT. C. A. 6th Cir. Certiorari denied.

No. 00–6272. ZWARST v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6273. BAXTER v. UNITED PROTECTIVE SERVICE. Ct. App. Ind. Certiorari denied.

No. 00–6275. GERACI v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–6277. HODGE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 00–6281. WALLACE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–6283. TURNER v. ARKANSAS MENTAL HEALTH DEPARTMENT. C. A. 8th Cir. Certiorari denied.